## Esther Bergman, Appellee, v. Geoffrey Gilbert, Appellant.

Gen. No. 46,497.

First District, Third Division.

May 11, 1955.

Rehearing denied June 8, 1955.

Released for publication June 8, 1955.

Kirkland, Fleming, Green, Martin & Ellis, for appellant; William H. Symmes, John M. O'Connor, Jr., and John J. Edman, of counsel; Arpaia & Altman, for appellee; Wm. H. Arpaia, and Harry W. Altman, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.